JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANNETTE GRIND, individually and on behalf of all others similarly situated, | ) ) ) | Case No. CV 15-07897 DDP (ASx) |
| | ) | **ORDER OF DISMISSAL** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PENN CREDIT CORPORATION, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

THE COURT to retain jurisdiction for a period of 45 days to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: October 24, 2016

DEAN D. PREGERSON
United States District Judge