# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE GRIND, | CASE NO. 2:15-cv-07897-DDP-AS |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| vs. | |
| PENN CREDIT CORP. et al, | |
| Defendant. | |

The Court has reviewed the Stipulation to Dismiss of Plaintiff ANNETTE GRIND and Defendant PENN CREDIT CORPORATION.  Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  1-5-17

_____
Honorable Dean D. Pregerson
UNITED STATES DISTRICT JUDGE